# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

VIRGIL BARBER,                                : No. 147 EM 2014
:
        Petitioner                      :
:
:
:
        v.                             :
:
:
:
COURT OF COMMON PLEAS          :
PHILADELPHIA COUNTY,           :
:
        Respondent                     :

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of November, 2014, the Application for Leave to File Original Process is **GRANTED**. To the extent the Petition for Writ of Mandamus and/or Extraordinary Relief requests extraordinary relief, it is **DENIED**, and to the extent it requests mandamus relief, it is **GRANTED**. The Court of Common Pleas of Philadelphia County is **DIRECTED** to adjudicate Petitioner's pending petition within 90 days of this order.